**INDIANA TAX COURT**
Cases Transmitted
Week of 10/13/14

| | |
|---|---|
| Name: | <u>IMEDCO AG v. Ind. Dep't of State Revenue</u> |
| Case No. | 49T10-1410-TA-60 |
| Date Filed: | 10/14/14 |
| Attorneys: | Brett J. Miller |
| | BINGHAM GREENEBAUM DOLL LLP |
| | 2700 Market Tower |
| | 10 W. Market Street |
| | Indianapolis, IN 46204-2982 |
| | (317) 635-8900 |
| Type of Tax: | AGIT – Whether the Department erred in interpreting Indiana Code § 6-3-2-2.6 to mean that taxpayer, in 2013, was not permitted to carryback net operating losses that arose prior to December 31, 2011. |